## Commonwealth *v.* Bailey, Appellant.

Submitted Sep-

tember 12, 1972. *Rudolph S. Pallastrone,* for appellant; *Richard D. Steel* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.